■ AUSTIN K. HALDENSTEIN REALTY, INC., Respondent, v

ARTHUR ELGORT, Appellant.—Order, Supreme Court, New York County (Richard Wallach, J.), entered on October 28, 1985, and judgment of said court, entered thereon on November 13, 1985, unanimously affirmed for the reasons stated by Richard Wallach, J., at Special Term. Respondent shall recover of appellant one bill of $75 costs and disbursements of these appeals. Concur—Kupferman, J. P., Sullivan, Carro, Fein and Ellerin, JJ.